# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ROBERT LIND,<br><br>                Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Case No. 2:07CR135DAK |

      Defendant, Robert Lind, has filed a motion for early termination of supervised release. Defendant was released from federal custody and began his thirty-six month term of supervised release on October 14, 2008. Therefore, his supervised release will currently terminate on October 14, 2011.

      Pursuant to 18 U.S.C. § 3583(e)(1), after considering the factors set forth in Section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), the court may terminate a term of supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." The factors to be considered in Section 3553(a) are those factors to be considered in imposing a sentence, including "the nature and circumstances of the offense and the history and characteristics of the defendant," the applicable sentencing guidelines and any policy statements issued by the Sentencing Commission, and the need for the sentence imposed

to promote respect for the law, to provide just punishment, to deter other criminal conduct, and to provide the defendant with needed services.  *See* 18 U.S.C. § 3553(a).

The court has contacted Defendant's probation officer and learned that he supports early termination in this case.  Defendant has had no problems while on supervised release and has complied with all the terms of his supervised release.  Defendant has a stable relationship and desires to be able to travel to meet his fiancee's family.  In addition, Defendant has job opportunities outside of the state which could be pursued if his supervised release is terminated.  Based on Defendant's conduct during his term of supervised release, the court finds that an early termination of supervised release is warranted.  Accordingly, the court grants Defendant's motion for early termination of supervised release.

DATED this 7th day of April, 2010.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge